IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO.: 7:20-CV-160

| | |
|---|---|
| JARVIS PAINTING, INC. D/B/A JARVIS PROPERTY RESTORATION, <br><br> Plaintiff, <br><br> v. <br><br> THE IMPRINT CHURCH, NORTH CAROLINA DISTRICT COUNCIL OF THE ASSEMBLIES OF GOD, INC., LISA CAVANAUGH, and TYLER JERNIGAN, <br><br> Defendants. | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Jarvis Painting, Inc. d/b/a Jarvis Property Restoration and Defendants The Imprint Church, North Carolina District Council of the Assemblies of God, Inc., Lisa Cavanaugh, and Tyler Jernigan hereby voluntarily dismiss <u>with prejudice</u> all claims and counterclaims asserted in this action.

Respectfully submitted this 29th day of October, 2020.

| **WYATT EARLY HARRIS WHEELER** | **BAILEY & DIXON, LLP** |
|---|---|
| BY: /s/ Jonathan D. Keeler | BY:/s/ Philip A. Collins |
| Jonathan D. Keeler | NC State Bar No. 29153 |
| NC State Bar No. 28609 | Post Office Box 1351 |
| 1912 Eastchester Drive, Suite 400 | Raleigh, North Carolina 27602 |
| High Point, N.C. 27602-1352 | Telephone: (919) 828-0731 |
| Telephone: (336) 884-4444 | Email: pcollins@bdixon.com |
| Email: jkeeler@wehwlaw.com | *Attorneys for Plaintiff* |
| *Attorneys for Defendants* | |